G. P. CONNOR v. SUNCREST LUMBER COMPANY ET AL.

(Filed 31 May, 1924.)

APPEAL by defendant from *McElroy, J.,* at February Term, 1924, of HAYWOOD.

Civil action to recover damages for an alleged negligent injury.

The usual issues of negligence, contributory negligence and damages were submitted to the jury and answered by them in favor of the plaintiff. Judgment on the verdict. Defendant appeals.

*Morgan & Ward for plaintiff.*
*Martin, Rollins & Wright, Alley & Alley, and Merrimon, Adams & Johnston for defendant.*

PER CURIAM. Upon warmly contested issues of fact, the jury returned a verdict in favor of the plaintiff. We have found no sufficient reason for disturbing the result of the trial. Hence the verdict and judgment will be upheld.

The record presents no new or novel point of law not heretofore settled by our decisions, and it would only be a work of supererogation, or "threshing over old straw," to discuss the exceptions *seriatim.* No error has been made to appear.

No error.